**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02079-LTB

SCHADEN, KATZMAN, LAMPERT & McCLUNE,

    Plaintiff,

v.

NATIONAL TRANSPORTATION SAFETY BOARD,

    Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiffs' Fed.R.Civ.P. 41(a) Voluntary Notice of Dismissal Without Prejudice (Doc 2 - filed January 3, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: January 4, 2008